THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Abraham Kelty, Appellant.
 
 
 
 
 

Appeal From Jasper County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-057
 Submitted January 4, 2010  Filed January
28, 2010    

AFFIRMED

 
 
 
 Appellate Defender LaNelle DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of
 Columbia; Solicitor I. McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Abraham Kelty appeals his guilty plea and
 sentence for armed robbery.  On appeal, Kelty maintains the plea court erred by
 denying his motion for a mental evaluation and then accepting his guilty plea. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State
 v. Passaro, 350 S.C. 499,
 505, 567 S.E.2d 862, 866 (2002) ("[A] guilty plea generally
 constitutes a waiver of non-jurisdictional defects and claims of violations of
 constitutional rights."); State v. Munsch, 287 S.C. 313, 314, 338
 S.E.2d 329, 330 (1985) ("Guilty pleas act as a waiver of all
 non-jurisdictional defects and defenses."); Id. (holding a guilty
 plea "leaves open for review only the sufficiency of the indictment and
 waives all other defenses"); Roddy v. State, 339 S.C. 29, 34, 528
 S.E.2d 418, 421 (2000) ("In order for a defendant to knowingly and
 voluntarily plead guilty, he must have a full understanding of the consequences
 of the plea.").
AFFIRMED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.